**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ISAIAH W. MCCOY, | ) ) ) ) ) ) ) | Civil Action No. 17-1046 GMS |
| Plaintiff, | ) ) ) | |
| v. R. DAVID FAVATA, DEBORAH WEAVER MATT DENN, GREGORY BABOWAL, STEPHEN SMITH, ROBERT M. COUPE, NATHANIEL MCQUEEN, JR. MARK RYDE, DAVID PIERCE, MARCELLO RISPOLI, CORRECTIONS OFFICER DRACE, and CORRECTIONS OFFICER GILL Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned counsel certifies that on October 25, 2017 true and correct copies of the Civil Action Complaint and Plaintiffs' Motion for Default Judgment Against Non-Responding Defendant R. David Favata, or in the Alternative, to Extend the Time Period for Service of Process and Permit Discovery in aid of Service were served via U.S. Mail and U.S. Certified Return Receipt and sent to the following address:

R. David Favata
1257 Oak Ridge Lane
Mars Hill, NC 28754

                                                MARGOLIS EDELSTEIN

                                                */s/ Herbert W. Mondros*
                                                Herbert W. Mondros (#3308)
                                                300 Delaware Ave., Ste. 800
                                                Wilmington, DE 19801
                                                (302) 313-9604
                                                hmondros@margolisedelstein.com
                                                Counsel for Isaiah W. McCoy

DATED: October 25, 2017